IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



**TYREE LAMAR SLADE,**

    Petitioner,

v.                                                               Civil Action No. **3:18CV430**

**J. RAY ORMOND,**

    Respondent.

## MEMORANDUM OPINION

Tyree Lamar Slade, a former federal inmate proceeding *pro se*, brings this petition pursuant to 28 U.S.C. § 2241 ("§ 2241 Petition," ECF No. 1) challenging his sentence as a career offender. By Memorandum Order entered on September 26, 2019, the Court directed Slade to show good cause why his § 2241 Petition should not be dismissed as moot. On October 4, 2019, the United States Postal Service returned a September 25, 2019 Memorandum Order to the Court marked, "RETURN TO SENDER." (ECF No. 14.) On October 10, 2019, the United States Postal Service also returned the September 26, 2019 Memorandum Order to the Court. Since that time, Slade has not contacted the Court to update his address. Slade's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. See Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall issue.

It is so ORDERED.

                                                                            /s/
                                                       Roderick C. Young
Date: October 17, 2019                      United States Magistrate Judge
Richmond, Virginia